**SQUIRE PATTON BOGGS (US) LLP**
GABRIEL COLWELL (CABN 216783)
 gabriel.colwell@squirepb.com
KEITH BRADLEY (*pro hac vice*)
 keith.bradley@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:   (213) 689-5126
Facsimile:    (213) 623-4581

Attorneys for Defendants JPAY LLC (f/k/a
JPay, Inc.) and METROPOLITAN
COMMERCIAL BANK

**FREEDMAN NORMAND FRIEDLAND LLP**
Velvel (Devin) Freedman (*pro hac vice*)
Constantine P. Economides (*pro hac vice*)
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
T: (786) 924-2900
F: (646) 392-8842
Emails: vel@fnf.law
   ceconomides@fnf.law

Attorneys for Defendants JPAY LLC (f/k/a
JPay, Inc.) and PRAXELL, INC.

SQUIRE PATTON BOGGS (US) LLP
555 S Flower Street, 31st Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ADAM CAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPAY, INC.; METROPOLITAN COMMERCIAL BANK; and PRAXELL INC.,<br><br>Defendants. | Case No. 2:21-cv-07401-FLA-AGR<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR DECISION ON DEFENDANTS' JOINT MOTION TO COMPEL ARBITRATION**<br><br>Hon. Fernando L. Aenlle-Rocha |

- 1 -

SQUIRE PATTON BOGGS (US) LLP
555 S Flower Street, 31st Floor
Los Angeles, CA 90071

On February 27, 2023, ECF No. 87, Plaintiff requested that the Court issue a decision on the pending Joint Motion to Compel Arbitration (ECF No. 52) (the "Motion"). Defendants did not join that request because as described below, we believe it is improper.

Plaintiff purports to be authorized to demand a timeline for decision by Local Rule 83-9.1 because of a docket entry stating the Motion was taken under submission on January 18, 2022. ECF No. 64. But Local Rule 83-9.1.1 only makes such statements of consequence when made "on the record in open court, at the conclusion of the hearing [on the motion]." L.R. 83-9.1.1(a)(I).

Instead, because there was no hearing on the Motion, the pertinent timeline is established by clause (II), under which a motion is deemed "submitted" "on the date the last memorandum or other document is permitted to be filed." L. R. 83-9.1.1(a). Plaintiff filed a Statement of Additional Authority regarding the Motion on January 5, 2023, ECF No. 85 ("Statement"). Defendants responded on January 17, 2023, ECF No. 86. Plaintiff presumably believed his filing of a Statement was proper, and indeed the Court accepted it for filing, so it was, in fact, "permitted to be filed." Plaintiff also presumably believed the contents of his Statement were pertinent to the Motion. And while Defendants disagree with Plaintiff about the import of his additional authorities, they recognize that the Court needs an appropriate period of time to consider those authorities, and that Local Rule 83-9.1.1 provides that time. Accordingly, Defendants believe Plaintiff's request was improper, and do not subscribe to Plaintiff's request to impose a decision timeline on the Court.

1   Dated: February 28, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP


By: /s/ *Gabriel Colwell*
           Gabriel Colwell
Attorneys for Defendants
JPAY LLC (f/k/a JPay, Inc.)
  and
Metropolitan Commercial Bank

FREEDMAN NORMAND
FRIEDLAND LLP
Velvel (Devin) Freedman (*pro hac vice*)
Constantine P. Economides (*pro hac vice*)
 Attorneys for Defendant
JPAY LLC (f/k/a JPay, Inc.)
  and
Praxell, Inc.

*(left margin, vertical)* SQUIRE PATTON BOGGS (US) LLP
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SQUIRE PATTON BOGGS (US) LLP**
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071

### <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on February 28, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

<u>/s/ *Gabriel Colwell*</u>
                  Gabriel Colwell

- 3 -